**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jessica Rownd and Christopher Bass, Defendants,

Of whom Christopher Bass is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-000742

---

Appeal From Dillon County
Cely Anne Brigman, Family Court Judge

---

Unpublished Opinion No. 2018-UP-371
Submitted August 30, 2018 – Filed October 1, 2018

---

**AFFIRMED**

---

Sally Ward Peace, of Sally Ward Peace, PA, of Conway,
for Appellant.

Steven Willard Fowler, as Guardian ad Litem for
Appellant.

G. Conrad Derrick, of Florence, for Respondent.

Jesse Stanley Cartrette, Jr., for the Guardian ad Litem for the minor child.

––––––––––––

**PER CURIAM:**  Christopher Bass appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Bass's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and THOMAS and GEATHERS, JJ., concur.**

––––––––––––

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.